**Order entered August 31, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-00197-CV

**PASHA & SINA, INC. AND MOHSEN HEIDARI, Appellants**

**V.**

**SHIELDS LIMITED PARTNERSHIP, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-14272**

**ORDER**

Before the Court is appellee's August 29, 2022 second unopposed motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 28, 2022. Because the brief was first due July 29, 2022, we caution that further extension requests will be disfavored.

/s/     KEN MOLBERG
        JUSTICE